JACK B. WEINSTEIN
  SENIOR JUDGE

May 1, 2007

RECEIVED
2007 MAY -8 A 9: 19
FINANCIAL DISCLOSURE OFFICE

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year Filing

Dear Judge Smith:

    Responding to your letter of April 26, 2007, please be advised of the following:

> Part IV
> Line 1:   American Bar Association, the $1,343.75 was for reimbursement of transportation, lodging and food 11/30/06-12/2/06 in Chicago, IL.
>
> Line 2: American Law Institute, the $372.06 was for reimbursement of transportation, lodging and food, 11/30/06-12/2/06 in Philadelphia, PA.

Sincerely yours,

JACK B. WEINSTEIN
Senior U.S. District Judge

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B | 2. Court or Organization<br><br>USDC-Eastern District of NY | 3. Date of Report<br><br>3/2/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAR -7 A 11:39 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Weinstein, Jack B | 3/2/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2006 | Northwestern Univ. Press Royalty | $ 38.00 |
| 2. 2006 | Teachers Ins. & Annuity Pension | $ 15,042.72 |
| 3. 2006 | N.Y. State Retirement System Pension | $ 8,194.44 |
| 4. 2006 | West Publishing Co. Royalty | $ 4,130.21 |
| 5. 2006 | Social Security | $ 22,482.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2006 | (Spouse) Social Security |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. American Bar Association | Travel for Disaster Committee $1,343.75 |
| 2. American Law Institute | Travel for Conference & Draft Mass Torts Amalgamation $372.06 |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (Trust) College Savings Prog. Maine) | A | Dividend | J | T | Exhausted | 8/1 | J | A | |
| 2. (Trust) College Savings Prog. (N.Y.) | B | Dividend | J | T | | | | | |
| 3. (Trust) College Savings Prog. (N.Y.) | A | Dividend | L | T | | | | | |
| 4. NYS Dorm 2/15/08 | A | Interest | J | T | | | | | |
| 5. NY City G 2/01/06 | A | Interest | J | T | Sold | 2/1 | J | A | |
| 6. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 7. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 8. Chase Manhattan checking Great Neck, NY | A | Interest | J | T | | | | | |
| 9. NY City Ser. A-1 Bond | A | Interest | J | T | | | | | |
| 10. NY State Twy. Auth Bonx | A | Interest | K | T | | | | | |
| 11. NY City Ser 1 G/O Bond | A | Interest | J | T | | | | | |
| 12. NYCity Ser. G. Bond | A | Interest | J | T | | | | | |
| 13. Checking-Savings-Washington Mutual Savings | A | Interest | J | T | | | | | |
| 14. FDG U.S.Corp. 10/15/98 | A | Interest | K | T | | | | | |
| 15. Financing Corp. Fed. B 11/11/09 | A | Interest | J | T | | | | | |
| 16. Cats Ser U. Treas 2/15/00 | A | Interest | L | T | | | | | |
| 17. Strips U.S. Treas. 8/15/03 | A | Interest | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000.000   R =Cost (Real Estate Only)   P4 =More than $50,000.000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Tenn Valley Auth 10/15/03 | A | Interest | K | T | Sold | 5/4 | K | A | |
| 19.   Cats Ser V. 11/15/03 | A | Interest | J | T | | | | | |
| 20.   Cats Ser R 02/15/04 | A | Interest | L | T | | | | | |
| 21.   Cats Ser N 05/15/04 | A | Interest | K | T | | | | | |
| 22.   Empire State Dev 1/1/2012 | A | Interest | J | T | | | | | |
| 23.   NY City Hlth & Hosp 2/15/14 | A | Interest | K | T | | | | | |
| 24.   NY St Dorm 2/15/2014 | A | Interest | K | T | | | | | |
| 25.   NY St Dom 7/1/2020 | A | Interest | J | T | | | | | |
| 26.   NY City Ser G 8/1/2020 | A | Interest | J | T | | | | | |
| 27.   Resol Fed Corp Ser A 4/15/05 | A | Interest | K | T | | | | | |
| 28.   2/1/02 NYC Gen Obl Ser D 8/15/01 | B | Interest | K | T | | | | | |
| 29.   NYC Ser 96B 8/14/95 | B | Interest | K | T | | | | | |
| 30.   Fed Jud Off Bldg 9/1/89 | B | Interest | K | T | | | | | |
| 31.   Cat Ser M 5/15/04 | A | Interest | J | T | | | | | |
| 32.   Tenn Valley Auth 11/1/05 | C | Interest | K | T | Sold | 1/17 | K | A | |
| 33.   NY State Dorm 2/15/2011 | A | Interest | K | T | | | | | |
| 34.   Nassau Cty 1/1/2014 | A | Interest | K | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes:        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
3. Value Method Codes        P3 =$25,000,001 - $50,000,000        R =Cost (Real Estate Only)        P4 =More than $50,000,000
   (See Column C2)        Q =Appraisal        V =Other        S =Assessment
                                        U =Book Value        W =Estimated        T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Resolution Funding | A | Interest | K | T | | | | | |
| 36. NY State Mt. Ag. Homewoners Mat. 4/4/07 | A | Interest | J | T | Redemp. | 4/1 | J | A | |
| 37. Housing NY Corp Mat 11/1/07 | A | Interest | J | T | | | | | |
| 38. NY St. Housing Fin. Mat 11/1/08 | A | Interest | J | T | | | | | |
| 39. NY St Urban Dev Mat 4/1/07 | A | Interest | J | T | | | | | |
| 40. NY St Dorm Auth Vets House 7/1/09 | B | Interest | K | T | | | | | |
| 41. Resol. FDG Corp Ser A | A | Interest | K | T | | | | | |
| 42. Financing Corp. Strips 5/30/06 | A | Interest | J | T | Redemp | 5/30 | J | A | |
| 43. NYS Dorm 7/1/17 | A | Interest | J | T | | | | | |
| 44. NYS Unrefunded 8/1/07 | A | Interest | J | T | | | | | |
| 45. Battery Park City 11/1/2013 | A | Interest | K | T | | | | | |
| 46. NY City FO1D Jan. 98 | A | Interest | J | T | | | | | |
| 47. Nassau Co Ser Z 9/01/2017 | A | Interest | J | T | | | | | |
| 48. NY City G/O Ser B 7/15/2008 | A | Interest | J | T | Redeem | 8/15 | J | A | |
| 49. Dutchess Cty Recovery 1/1/2013 | A | Interest | J | T | | | | | |
| 50. NY City Ser B Ambar 8/1/2017 | A | Interest | K | T | | | | | |
| 51. NYS Correctional 1/1/2008 | A | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | |
|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 |
| J =$15,000 or less | K =$15,001 - $50,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 |
| P3 =$25,000,001 - $50,000,000 | |
| Q =Appraisal | R =Cost (Real Estate Only) |
| U =Book Value | V =Other |

C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
L =$50,001 - $100,000   M =$100,001 - $250,000
P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P4 =More than $50,000,000   T =Cash Market
S =Assessment
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. N.Y. Env. Bd. 7/25/02 | B | Dividend | K | T | | | | | |
| 70. CD Key Bank Bd 8/14/02 | C | Dividend | L | T | | | | | |
| 71. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 72. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 73. Triborough Bridge Bd 3/01/02 | A | Dividend | J | T | | | | | |
| 74. N.Y. TCRS Bd 3/18/99 | B | Dividend | K | T | | | | | |
| 75. NYC Packers Coll. Bd 6/01/02 | B | Dividend | K | T | | | | | |
| 76. N.Y. Trans. Auth. Bd. Coll 5/10/08 | A | Dividend | J | T | | | | | |
| 77. NY Dorm A. Bd. 9/05/02 | B | Dividend | K | T | | | | | |
| 78. N.Y. Ser. I 4/21/99 | A | Dividend | J | T | | | | | |
| 79. Met Trans A 11/15/12 | A | Dividend | J | T | | | | | |
| 80. Fed Nat Mtg 2022 | A | Dividend | K | T | | | | | |
| 81. Dutchess Cty 7/01/2020 | A | Dividend | J | T | | | | | |
| 82. Port Auth 7/15/24 | A | Dividend | J | T | Sold | 9/15 | J | A | |
| 83. NYC Ser B 6/15/11 | A | Dividend | J | T | Redemp | 8/15 | J | A | |
| 84. NYC Ser I 3/01/22 | A | Dividend | J | T | | | | | |
| 85. Fed. Nat. Mtg 2026 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fed Nat Mtg 2014 | A | Dividend | J | T | | | | | |
| 87. DN Prov. Bank 2018 | A | Dividend | K | T | | | | | |
| 88. NYS Twy Auth 4/01/21 | A | Dividend | J | T | Sold | 4/3 | J | A | |
| 89. Smithtown Sch Bd 2015 | A | Dividend | J | T | | | | | |
| 90. Smithtown Sch Bd 2012 | A | Dividend | J | T | | | | | |
| 91. NYS Dorm 2/01/08 | A | Dividend | J | T | | | | | |
| 92. Met T. Auth. 7/01/12 | A | Dividend | J | T | | | | | |
| 93. NY Ser G 2/01/09 | A | Dividend | J | T | | | | | |
| 94. NY Ser I 3/01/24 | A | Dividend | J | T | | | | | |
| 95. Fed Hm. Ln 9/22/18 | A | Dividend | L | T | | | | | |
| 96. NY Env 6/15/13 | A | Distribution | K | T | | | | | |
| 97. Buff Mun Ser B 7/1/12 | A | Dividend | K | T | | | | | |
| 98. Hudson Bk 11/14/13 | A | Dividend | L | T | | | | | |
| 99. Fed Nat'l Mtg 12/24/18 | A | Dividend | K | T | | | | | |
| 100. Fed Nat'l Mtg 12/24/12 | A | Dividend | J | T | | | | | |
| 101. Fed Nat'l Mtg 11/29/18 | A | Dividend | K | T | | | | | |
| 102. Fed Nat'l Mtg 6/26/15 | A | Dividend | J | T | Sold | 1/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Dorm U Rock Iss. 3/14/98 | A | Interest | J | T | | | | | |
| 104. NYS Dorm Rock Iss 3/15/98 | A | Interest | J | T | | | | | |
| 105. Fed. Nat. Mtg Call 2/18/14 | C | Interest | M | T | | | | | |
| 106. Fed Home L. Mtg Call 1/31/19 | A | Interest | J | T | | | | | |
| 107. Fed. Nat. Mtg Call 2/18/14 | A | Interest | J | T | | | | | |
| 108. NYC O1D Secd Ser B Iss 3/9/04 | B | Interest | K | T | | | | | |
| 109. Ford Motor Call 1/20/06 | A | Interest | J | T | | | | | |
| 110. Fed Nat Mtg Call 7/23/09 | A | Interest | K | T | | | | | |
| 111. Fed Nat Mtg Call 7/28/11 | A | Interest | J | T | | | | | |
| 112. U.S. Treas Call 8/15/14 | A | Interest | K | T | | | | | |
| 113. Fed Nat Mtg Call 7/16/18 | B | Interest | K | T | | | | | |
| 114. Fed Home L.Mtg Call 9/15/17 | A | Interest | J | T | | | | | |
| 115. Fed Nat Mtg Call 5/14/14 | A | Interest | J | T | | | | | |
| 116. Fed Home L. Mtg Call 7/2/18 | C | Interest | L | T | Redemp | 9/25 | L | A | |
| 117. Resol Funding Call 4/15/18 | B | Interest | K | T | | | | | |
| 118. Stanley Morgan Money Fund | A | Interest | J | T | | | | | |
| 119. Stanely Morgan Money Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stanley Morgan Money Fund | A | Interest | J | T | | | | | |
| 121. NY Mun Bk AGY Sch Issue 2/18/03 | B | Interest | K | T | | | | | |
| 122. First Bank Puerto Rico | B | Interest | K | T | | | | | |
| 123. Fed Nat Mort. April 12, 2030 | D | Interest | M | T | | | | | |
| 124. NY St. Envir 3/15/24 | B | Interest | K | T | | | | | |
| 125. NY St. Mtg. 3/01/98 | A | Interest | J | T | | | | | |
| 126. NY St. Dorm 11/01/2015 | A | Interest | J | T | Sold | 9/15 | J | A | |
| 127. NY St. Dorm 11/01/2015 | A | Interest | J | T | | | | | |
| 128. NY St. Dorm 11/01/2015 | A | Interest | J | T | | | | | |
| 129. Pulaski Bank | A | Interest | J | T | | | | | |
| 130. Pulaski Bank | A | Interest | J | T | | | | | |
| 131. NYC Wtr & Sewer 6/15/24 | B | Interest | K | T | Sold | 5/18 | K | A | |
| 132. Nat. Repub. Bank Chi | A | Interest | J | T | Buy | 6/9 | J | | |
| 133. Wash Mutual Bank Hend. | A | Interest | J | T | Buy | 8/30 | J | | |
| 134. Fed Home Loan Bk. | A | Interest | J | T | Buy | 8/28 | J | | |
| 135. Fed Home Loan Mtg Corp | A | Interest | J | T | Buy | 9/25 | J | | |
| 136. Fed Natl Mtg Assoc. | A | Interest | L | T | Buy | 9/25 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000.001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Resol Fdg Corp Int. | A | Interest | K | T | Buy | 5/3 | K | | |
| 138. Discover Bk. Greenwood | A | Interest | J | T | Buy | 3/24 | J | | |
| 139. Western P.R. Mag.CD | A | Interest | K | T | Buy | 4/19 | K | | |
| 140. Freeport NY Gen Obl. | A | Interest | K | T | Buy | 4/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 3/2/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 3/2/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544